# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Aguilar-Cinto, Cesar Marcoturio | CRIMINAL COMPLAINT<br>CASE: 11-32015M<br>Citizenship: GUATEMALA |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about October 11, 2011, at or near South Komelik, Arizona, in the District of Arizona, Cesar Marcoturio AGUILAR-Cinto, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through New Orleans, La on February 17, 2011, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about October 9, 2011, at or near Sasabe, Arizona, in the District of Arizona, Cesar Marcoturio AGUILAR-Cinto, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Cesar Marcoturio AGUILAR-Cinto is a citizen of Guatemala. On February 17, 2011, Cesar Marcoturio AGUILAR-Cinto was lawfully denied admission, excluded, deported, and removed from the United States through New Orleans, La. On October 11, 2011, agents found Cesar Marcoturio AGUILAR-Cinto in the United States at or near South Komelik, Arizona. Cesar Marcoturio AGUILAR-Cinto did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Cesar Marcoturio AGUILAR-Cinto, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Cesar Marcoturio AGUILAR-Cinto admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on October 9, 2011, at or near Sasabe, Arizona.

| | |
|---|---|
| 10/12/2011<br>File Date | at Tucson, Arizona |

*[signature]*

Signature of Complainant

Sworn to before me and subscribed in my presence,

Honorable Glenda Edmonds                    *[signature]*
United States Magistrate Judge

Signature of Judicial Officer

FBI Number: 787682KD3

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 10/12/2011        Case Number: 11-32015M

USA vs. Cesar Marcoturio Aguilar-Cinto
U.S. MAGISTRATE JUDGE: GLENDA EDMONDS        Judge AO Code: 70BH
ASSIGNED U.S. Attorney: Wilbert (Buck) Rocker        INTERPRETER REQ'D: Joyce Garcia
Attorney for Defendant: Hortencia Delgadillo (CJA)

PROCEEDINGS: [X] STATUS HEARING
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be Same
[X] Petty Offense    [X] Date of Arrest: 10/11/2011

OTHER: Hortencia Delgadillo (CJA) is appointed as attorney of record for defendant. Upon Oral Motion of the Government to Dismiss the Complaint, IT IS ORDERED, Government's Motion to Dismiss is GRANTED and the Complaint is DISMISSED Without prejudice.

Recorded by Courtsmart    Status Hrg: 1
BY: Armida Butler
    Deputy Clerk

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTE ORDER - GENERAL |
| --- | --- |
| DISTRICT OF ARIZONA - TUCSON | |

CASE NUMBER: 11-32015M                                                          DATE: 10/12/2011

**TITLE:** USA vs. Cesar Marcoturio Aguilar-Cinto

---

**HONORABLE MAGISTRATE JUDGE GLENDA EDMONDS**

---

The United States has orally moved to dismiss the Complaint against the defendant, Cesar Marcoturio Aguilar-Cinto. IT IS ORDERED that this motion is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

*[signature: Glenda E. Edmonds]*

Honorable Glenda Edmonds
United States Magistrate Judge

Arresting Agency: TCA                                                          By: Armida Butler
FBI Number: 787682KD3                                                     Deputy Clerk